UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL DIETLE, CDCR #T-89292<br><br>                       Plaintiff,<br>vs.<br>P. MEHRABAN,<br><br>                       Defendant. | Case No. 3:17-cv-2458-CAB-JMA<br><br>**ORDER DISMISSING ACTION FOR FAILING TO COMPLY WITH COURT ORDER** |

       Darrell Dietle ("Plaintiff"), currently incarcerated at the Richard J. Donovan Correctional Facility located in San Diego, California, is proceeding pro se in this civil rights action, filed pursuant to 42 U.S.C. § 1983. At the time he filed his Complaint, Plaintiff did not prepay the $400 filing fee mandated by 28 U.S.C. § 1914(a) nor did he file a Motion to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a).

       On December 14, 2017, the Court DISMISSED the entire action sua sponte for failing to pay the filing fee or submit a Motion to Proceed IFP. (ECF No. 3) Plaintiff was given thirty (30) days leave to prepay the civil and administrative filing fee or complete and file a Motion to Proceed IFP. (*Id.*) That time has since passed and Plaintiff has not complied with the Court's Order.

| | |
|---|---|
| 1 | **Conclusion and Order** |
| 2 | Accordingly, the Court **DISMISSES** this civil action in its entirety without |
| 3 | prejudice based on Plaintiff's failure to pay the initial civil filing fee or move to proceed |
| 4 | IFP and his failure to prosecute pursuant to FED. R. CIV. P. 41(b) in compliance with the |
| 5 | Court's December 14, 2017 Order. |
| 6 | The Court **DIRECTS** the Clerk to close the file. |
| 7 | **IT IS SO ORDERED**. |
| 8 | Dated: February 20, 2018 |

_____
Hon. Cathy Ann Bencivengo
United States District Judge